**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 23-cv-03459 |
| | ) | |
| COURTYARD MANAGEMENT LLC | ) | JUDGE PALLMEYER |
| d/b/a Courtyard by Marriott | ) | MAGISTRATE JUDGE VALDEZ |
| Waukegan/Gurnee | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby

gives notice of the voluntary dismissal of this action with prejudice and without costs to either

party pursuant to the settlement reached between the parties.

Respectfully submitted,

HOWARD COHAN


By:   /s/*Marshall J. Burt*
His attorneys

Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed this Notice of voluntary

Dismissal with the Clerk of Court using the CM/ECF system, which automatically sends electronic

notification of its filing to all attorneys of record and to:

Jordan B. Schwartz
Conn Maciel Carey LLP
5335 Wisconsin Avenue, NW • Suite 660
Washington, DC 20015
jschwartz@connmaciel.com


by emailing same on August 14, 2023.


/s/ *Marshall J. Burt*
Marshall J. Burt

2